CHARLES L. CASANAVE, Suing in His Capacity as Stockholder and Director of NATIONAL SCREEN ACCESSORIES, INC., as Stockholder and Director of ADVERTISING ACCESSORIES, INC., and as a Director and One Beneficially Interested in the Stock of AMERICAN DISPLAY COMPANY, INC., and All Those Similarly Situated,

Respondent, v. HERMAN ROBBINS, TOBY GRUEN and NATIONAL SCREEN SERVICE CORPORATION, Appellants, and Others, Defendants. EDWARD P. CASANAVE, Plaintiff, and CHARLES L. CASANAVE, Respondent, v. HERMAN ROBBINS, TOBY GRUEN and NATIONAL SCREEN SERVICE CORPORATION, Appellants, and Others, Defendants. HERMAN ROBBINS and TOBY GRUEN, as Directors of NATIONAL SCREEN ASSESSORIES, INC., and NATIONAL SCREEN SERVICE CORPORATION, Appellants, v. CHARLES L. CASANAVE, Respondent, and Another, Defendant.— Order staying arbitration proceedings modified on the facts by striking out the second decretal paragraph and substituting therefor a paragraph providing that the motion for a stay is denied; and, as thus modified, the order, in so far as appealed from, is affirmed, with ten dollars costs and disbursements to appellants. No reasonable showing justifying the denial of appellants' contractual right to arbitrate is contained in this record. Expediency alone is not sufficient and the conduct of the appellants does not constitute a waiver. Lazansky, P. J., Carswell, Johnston, Adel and Taylor, JJ., concur.